UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROBERT MUSTAFA LA'HORI,

    Plaintiff,

v.   Case No. 3:23-cv-1307-WWB-MCR

ROBERT A. HARDWICK, et al.

    Defendants.

_____

## ORDER

1. Plaintiff's "Motion to Subpoena His Medical Records and X-Rays" (Doc. 75) is **GRANTED to the extent** that the Court directs the **Clerk** to issue three subpoenas (AO 88B), signed but otherwise in blank, to Plaintiff. *See* Fed. R. Civ. P. 45(a)(3) ("The clerk must issue a subpoena, signed but otherwise in blank, to a party who requests it. That party must complete it before service.").

2. Plaintiff's unopposed "Request for 3rd Motion for Extension of Time (30 days)" (Docs. 76, 77) is **GRANTED to the extent** the following deadlines apply:

| Event | Deadline |
|---|---|
| Request discovery | At the latest by **June 16, 2025** |
| Complete discovery | **July 16, 2025** |

| Event | Deadline |
|---|---|
| File any motion to compel | At the latest by **July 28, 2025** |
| File any dispositive motion, including a motion raising qualified immunity | At the latest by **September 15, 2025** |
| File a response to any dispositive motion | At the latest by **October 30, 2025** |

**DONE AND ORDERED** at Jacksonville, Florida, this 4th day of June, 2025.

*[signature]*

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

caw 6/3
c:
Robert Mustafa La'Hori, #W62262
Counsel of Record